IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| JEREMY K. DOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | File No. 3:15-CV-00106-TCB |
| KEYSTONE CONTRACTORS, | ) | |
| INC. and MARTIN MABIE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 9th day of December, 2015.

By:                                                    By:

MOORMAN PIESCHEL, LLC                                  LOREN LAW GROUP


/s/ Nicholas J. Pieschel                               /s/ James M. Loren
Nicholas J. Pieschel                                   James M. Loren
Georgia Bar No. 579660                                 Georgia Bar No. 551363

| | |
|---|---|
| One Midtown Plaza<br>Suite 1205<br>1360 Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>(404) 898-1243<br>njp@moormanpieschel.com<br><br>Attorney for Defendants<br>Keystone Contractors, Inc. and<br>Martin Mabie | 100 S. Pine Island Road<br>Suite 132<br>Plantation, Florida 33324<br>(954) 585-4878<br>jloren@lorenlawgroup.com<br><br>Attorney for Plaintiff<br>Jeffrey K. Dover |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| JEREMY K. DOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | File No. 3:15-CV-00106-TCB |
| KEYSTONE CONTRACTORS, | ) | |
| INC. and MARTIN MABIE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that on this date, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

    James M. Loren
    Loren Law Group
    100 S. Pine Island Road
    Suite 132
    Plantation, Florida 33324

This 9th day of December, 2015.

- 2 -

/s/ Nicholas J. Pieschel
Nicholas J. Pieschel
Georgia Bar No. 579660

MOORMAN PIESCHEL, LLC
One Midtown Plaza
1360 Peachtree Road, NE
Suite 1205
Atlanta, Georgia 30309
(404) 898-1243
(404) 898-1241 (facsimile)